# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| 2010-1 CRE AZ-OFFICE, LLC, | )<br>) |
|                 Plaintiff, | )   Case No. 2:13-cv-01860-GMN-PAL<br>) |
| vs. | )   **ORDER**<br>) |
| TERRACA QUEEN, LLC, et al., | )<br>) |
|                 Defendants. | ) |

This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (Dkt. #1) to Federal District Court October 11, 2013. A Motion to Dismiss (Dkt. #8) was filed October 29, 2013. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** the parties shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., November 14, 2013.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 31st day of October, 2013.

                                                Peggy A. Leen
                                                United States Magistrate Judge